FINDINGS OF FACT
1. The deceased, Gerald Lee Sunstrom, Jr., was an "eligible fireman" with the North Carolina Division of Forest Resources on May 11, 1996, the date of his death.
2. The deceased came to his death as a result of an airplane crash experienced in the course and scope of his official duties while in the discharge of his official duties as a part-time pilot with the N.C. Division of Forest Resources. He had been officially dispatched to suppress forest fire conditions at the time the plane crash and his resulting death occurred.
3. The deceased has no surviving spouse, dependent children or dependent parents who meet the statutory definition.
* * * * * * * * * * *
Based upon the foregoing findings of fact, the Full Commission make the following:
CONCLUSIONS OF LAW
1. The deceased was an eligible fireman with the North Carolina Division of Forest Resources, as defined in N.C.G.S. § 143-166.2(d) at the time of his death on May 11, 1996.
2. The deceased was killed in the line of duty, as defined by N.C.G.S. § 143-166.2(c).
3. The deceased has no surviving spouse, dependent children, or dependent parents who meet the statutory requirements of N.C.G.S. § 143-166.2.
4. Accordingly, pursuant to N.C.G.S. § 143-166.3(b)(3), the State of North Carolina is obligated to pay the estate of the deceased the sums called for by that statute.
* * * * * * * * * * *
AWARD
There is HEREBY AWARDED to the estate of deceased fireman Gerald Lee Sunstrom, Jr., the sum of $25,000.00 through a duly appointed executor or administrator.
A copy of this Award shall be furnished the Office of the State Treasurer for the purpose of having compliance with this Award, and the Commission shall be advised of the date of payment pursuant hereto.
No costs are assessed before the Commission.
This the ___________ day of _________________________, 1996.
 S/ _________________________ J. HOWARD BUNN, JR. CHAIRMAN
CONCURRING:
S/ _________________________ COY M. VANCE COMMISSIONER
S/ _________________________ THOMAS J. BOLCH COMMISSIONER
JHB/cc/mj 9/3/96